**Timmie E. LOCKLEAR, Plaintiff–Appellant,**

v.

**Boyd BENNETT; Hattie Pimpong; Sidney Harkleroad; Leigh Pippen; April Shoup; David Bobo; Willie Jobe; Dennis Edney; Wilford Fox, Defendants–Appellees.**

No. 04–6754.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 23, 2004.

Timmie R. Locklear, Appellant pro se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**518**

PER CURIAM:

Timmie R. Locklear appeals the district court's order dismissing his action filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Locklear v. Bennett*, No. CA–04–31–1–1–MU (W.D.N.C. filed Apr. 2, 2004 & entered Apr. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*